■ ANGELINA CARCIONE et al., Appellants, v COUNTY OF SUFFOLK, Respondent, et al., Defendant. [639 NYS2d 735]

To obtain summary judgment, the movant must make a prima facie showing of entitlement to judgment as a matter of law by tendering sufficient evidence to demonstrate the absence of a material issue of fact *(see, Alvarez v Prospect Hosp.,* 68 NY2d 320, 324). The defendant County of Suffolk did not make such a showing. Ritter, J. P., Thompson, Pizzuto and Hart, JJ., concur.